## ST. LOUIS & S. F. R. CO. v. HAWORTH, County Treasurer, et al.

No. 4253.   Opinion Filed June 8, 1915.

(149 Pac. 1086.)

1.   **TAXATION—Excessive Levy—Injunction.** Any tax levied in excess of that required by the estimates of the townships or school district officers for a fiscal year is illegal and void.

(a) The collection of such illegal and void tax may be enjoined.

2.   **APPEAL AND ERROR—Review—Failure to File Brief.** Where plaintiff in error has duly filed a brief which reasonably tends to sustain any error properly assigned, and has served a copy of such brief upon the defendant in error, but the latter has, without apparent excuse therefor, failed to file any brief, this court is not required to search the record to find some theory not apparent from an examination of the brief before it upon which the judgment of the trial court may be sustained.

(Syllabus by Thacker, C.)

*Error from District Court, Canadian County;*

*John J. Carney, Judge.*

Action by the St. Louis & San Francisco Railroad Company against G. D. Haworth, as County Treasurer, and another, to enjoin the collection of a tax.   Judgment for defendants, and plaintiff brings error.   Reversed and remanded, with directions.

*W. F. Evans* and *R. A. Kleinschmidt*, for plaintiff in error.

Opinion by THACKER, C.   This is an action by plaintiff in error, as plaintiff in the trial court, against defendants in error, treasurer and sheriff, respectively, of Canadian county, as defendants in the trial court, to enjoin the collection of a tax levy of $56.08 for Mustang

township, and $63 for school district No. 49, in said county, the same being clearly and far in excess of the amounts required by the estimates made for that year, that is, the fiscal year commencing July 1, 1909, and ending June 30, 1910, which required amounts were duly paid by the plaintiff.  A temporary injunction was granted, but, upon the trial of the case, the court denied plaintiff's prayer for a permanent injunction and dissolved the said temporary injunction.

The defendants in error have, without offer of excuse therefor, failed to file any brief; and plaintiff's brief, in which the case of *St. Louis & San Francisco R. Co. v. Tate,* 35 Okla. 563, 130 Pac. 941, is cited and quoted as supporting its demand of relief, at least reasonably tends to sustain its assignment of error in the aforesaid action of the trial court.   Also see *St. Louis & San Francisco R. Co. v. Thompson,* 35 Okla. 138, 128 Pac. 685, and *Same v. Amend et al.,* 44 Okla. 602, 145 Pac. 1117.

For the reasons stated, the judgment of the trial court should be reversed and remanded, with instructions to enter judgment permanently enjoining the collection of said sums, aggregating $119.08.

By the Court:  It is so ordered.